B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wisniewski, David L.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2732** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7752 North Eastlake Terrace, No. 3**<br>**Chicago, IL**<br>ZIP Code **60626** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>■ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." ☐ Debts are primarily<br>business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**　　　　　　　　　　　　　　　　　　　THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Wisniewski, David L.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

            _____
            (Name of landlord that obtained judgment)


            _____
            (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Wisniewski, David L.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ David L. Wisniewski**
Signature of Debtor  **David L. Wisniewski**

**X**
Signature of Joint Debtor

**847-714-9390**
Telephone Number (If not represented by attorney)

**December 7, 2011**
Date

### Signature of Attorney*

**X Debtor not represented by attorney**
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **David L. Wisniewski**                                                   Case No.
                                      Debtor(s)                                   Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ___

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ David L. Wisniewski**
                      **David L. Wisniewski**

Date:   **December 7, 2011**

# United States Bankruptcy Court
### Northern District of Illinois

In re  **David L. Wisniewski**　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **88**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **December 7, 2011**　　　　　　　　　**/s/ David L. Wisniewski**
　　　　　　　　　　　　　　　　　　　　　　　**David L. Wisniewski**
　　　　　　　　　　　　　　　　　　　　　　　Signature of Debtor

.

Access Group
KHESLC
P.O. Box 9001778
Louisville, KY 40290-1778


AICCO
1001 Winestead Drive, Suite 500
Cary, NC 27513


Alliance One
4850 Street Road, Suite 300
Feasterville Trevose, PA 19053


Allied Interstate
P.O. Box 5023
New York, NY 10163


Allied Interstate
800 Interchange West
435 Ford Road
Minneapolis, MN 55426-1096


Amalgamated Financial Group
P.O. Box 1006
Old Bridge, NJ 08857-1006


American Education Services
Harrisburg, PA 17130-0001


American General Fiance
20 North Clark Street, Suite 2600
Chicago, IL 60602


American General Finance
7414 N. Western Avenue
Chicago, IL 60645-1707


Applied Card Bank
P.O. Box 17120
Wilmington, DE 19886-7120


Arrow Financial Services
5996 W. Touhy Ave.
Niles, IL 60714

Arrow Financial Services
5996 W. Touhy Ave.
Niles, IL 60714

Arrow Financial Services
5996 W. Touhy Ave.
Niles, IL 60714

Asset Acceptance LLC
P.O. Box 2036
Warren, MI 48090-2036

ATG Credit, LLC
P.O. Box 14895
Chicago, IL 60614-4895

Bally Total Fitness
P.O. Box 1070
Norwalk, CA 90651

Blockbuster- 17060
7007 N. Clark St.
Chicago, IL 60626-2483

BOMC
P.O. Box 916536
Indianapolis, IN 46291

Capital Management Services, LP
726 Exchange Street, Suite 700
Buffalo, NY 14210

CBCS
P.O. Box 69
Columbus, OH 43216-3250

CBCS
P.O. Box 1810
Columbus, OH 43216-1810

CCB Credit Services, Inc.
P.O. Box 272
Springfield, IL 62705-0272

Chase Bank
OH1-1188
340 S. Cleveland Ave., Bldg. 370
Westerville, OH 43081


Chase Receivables
1247 Broadway
Sonoma, CA 95476


City of Chicago - Dept. of Revenue
P.O. Box 88292
Chicago, IL 60680-1292


City of Waukegan
Bureau of Parking
106 N. Martin Luther King Jr. Ave.
Waukegan, IL 60085


Columbia House
P.O. Box 91640
Indianapolis, IN 46291-0640


Comcast
P.O. Box 3002
Southeastern, PA 19398-3002


Credit Control, LLC
P.O. Box 248
Hazelwood, MO 63042


Credit Protection Assoc., LP
13355 Noel Road
Dallas, TX 75240


DCS
P.O. Box 9057
Pleasanton, CA 94566-9057


DEX
8519 Innovation Way
Chicago, IL 60682-0085


Directory Publication Office
P.O. Box 29920
New York, NY 10087-9920

```
Dr. B. D. Sharma
17577 S. Kedzie Ave., Suite 109
Hazel Crest, IL 60429


Echelon Recovery, Inc.
P.O. Box 1880
Voorhees, NJ 08043


Enhanced Recovery Company, LLC
8014 Bayberry Road
Jacksonville, FL 32256-7412


Enhanced Recovery Corporation, LLC
8014 Bayberry Road
Jacksonville, FL 32256-7412


FedEx Corp.
P.O. Box 94515
Palatine, IL 60094-4515


Fifth Third Bank
P.O. Box 630900
Cincinnati, OH 45263-0900


Financial Recovery Services, Inc.
P.O. Box 385908
Minneapolis, MN 55438-5908


First Bank
11901 Olive Blvd.
Saint Louis, MO 63141


First Revenue Assurance
P.O. Box 421906
Indianapolis, IN 46242-1906


FirstSource Advantage, LLC
P.O. Box 628
Buffalo, NY 14240-0628


FNCB, Inc.
P.O. Box 51660
Sparks, NV 89435
```

```
Grant & Weber, Inc.
861 Coronado Center Drive
Suite 211
Henderson, NV 89052


HSBC Business Solutions
P.O. Box 5239
Carol Stream, IL 60197


HSBC Card Services
P.O. Box 80084
Salinas, CA 93912-0084


HSBC Card Services
P.O. Box 17051
Baltimore, MD 21297-1051


HSBC Card Services
P.O. Box 17051
Baltimore, MD 21297-1051


I.C. System, Inc.
444 Highway 96 East
P.O. Box 64887
Saint Paul, MN 55164-0887


IC Systems, Inc.
P.O. Box 64378
Saint Paul, MN 55164-0378


Illinois Collection Service, Inc.
P.O. Box 1010
Tinley Park, IL 60477-9110


Illinois Department of Revenue
P.O. Box 1040
Galesburg, IL 61402-1040


Illinois Department of Revenue
P.O. Box 1040
Galesburg, IL 61402-1040


Illinois Tollway
P.O. Box 5201
Lisle, IL 60532-5201
```

Internal Revenue Service
Cincinnati, OH 45999-0149


Internal Revenue Service
Cincinnati, OH 45999-0149


Internal Revenue Service
Cincinnati, OH 45999-0149


ISM Educational Loans
P.O. Box 6166
Indianapolis, IN 46206-6166


JC Christensen & Assoc., Inc.
P.O. Box 519
Sauk Rapids, MN 56379


Joseph, Mann & Creed
P.O. Box 22253
Beachwood, OH 44122-0253


JSD Management, Inc.
1283 College Park Drive
Dover, DE 19904


Julta Sunjay
11 East Adams, Suite 906
Chicago, IL 60603


Keith S. Shindler, Ltd.
1900 E. Algonquin Road, Suite 180
Schaumburg, IL 60173


Kohl's
P.O. Box 2983
Milwaukee, WI 53201-2983


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060-0578

```
MiraMed Revenue Group
Dept. 77304
P.O. Box 77000
Detroit, MI 48277-0304


Mountain States Adjustment
123 W 1st, Suite 430
Casper, WY 82601


National Asset Recovery, Inc.
2880 Dresden Drive, Suite 200
Atlanta, GA 30341-3920


NCO Financial Systems
P.O. Box 15740
Wilmington, DE 19850-5740


NCO Financial Systems
P.O. Box 15740
Wilmington, DE 19850-5740


North Shore Agency, Inc.
270 Spagnoli Road
Melville, NY 11747


OSI Education Services, Inc.
P.O. Box 937
Brookfield, WI 53008-0937


Oxford Management Services
CS 9018
Melville, NY 11747


Penn Credit Corp.
P.O. Box 988
Harrisburg, PA 17108-0988


Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541


RCN
P.O. Box 747089
Pittsburgh, PA 15274-7089
```

Resurrection Med Group - St. Mary
62145 Collections Drive
Chicago, IL 60693-0621


Resurrection Med Group - St. Mary
62145 Collections Drive
Chicago, IL 60693-0621


Resurrection Med Group - St. Mary
62145 Collections Drive
Chicago, IL 60693-0621


RMS
260 E. Wentworth Ave.
Saint Paul, MN 55118-3525


Sheldon M.Lustig
3400 Dundee Road, Suite 235
Northbrook, IL 60062


Sherman Originator, LLC
P.O. Box 10497
Greenville, SC 29603


Sherman Originator, LLC
P.O. Box 10497
Greenville, SC 29603


Sherman Originator, LLC
P.O. Box 10497
Greenville, SC 29603


Springleaf Financial Services
3632 W. 95th Street
Evergreen Park, IL 60805


Valentine & Kebartas, Inc.
P.O. Box 325
Lawrence, MA 01842-0625


Village Imaging Professionals, LLC
9410 Compubill Drive
Orland Park, IL 60462